**EXHIBIT A**

# BURSOR & FISHER
P.A.

1990 N. CALIFORNIA BLVD., SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

FREDERICK J. KLORCZYK III
Tel: **925.300.4455**
Fax: **925.407.2700**
fklorczyk@bursor.com

July 19, 2019

<u>*Via Certified Mail – Return Receipt Requested*</u>

Just Brands USA, Inc.
7351 Wiles Road, Suite #105
Coral Springs, FL 33067

SSGI Financial Services, Inc.
763 NW 83rd Drive
Coral Springs, FL 33071

Re:   Notice And Demand Letter Pursuant To U.C.C. §§ 2-313, 2-314, 2-607;
      New York's General Business Law §§ 349, 350; And
      The Florida Deceptive And Unfair Trade Practices Act

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Just Brands USA, Inc. ("Just Brands") and SSGI Financial Services, Inc. ("SSGI") pursuant to U.C.C. § 2-607(3)(a) concerning breaches of express and implied warranties related to our client, Jesse Gaddis, and a class of all similarly situated purchasers (the "Class") of JustCBD branded products (collectively, the "CBD Products") claiming that the products purportedly contain "25mg CBD," "50mg CBD," "65mg CBD," "100mg CBD," "200mg CBD," "250mg CBD," "360mg CBD," "500mg CBD," "550mg CBD," "750mg CBD," "1000mg CBD," "1500mg CBD," or "3000mg CBD" (collectively, the "CBD Claims"). This letter also serves as a notice of violation of New York's General Business Law § 349; New York's General Business Law § 350; the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. Ann. §§ 501.201, *et seq.*; and all other applicable federal and state laws.

Our client purchased "JustCBD Liquid Honey Tincture" and "JustCBD Rainbow Ribbons Gummies." Prior to purchasing his JustCBD branded products, Mr. Gaddis reviewed information about the products, including the quantity of CBD purportedly contained in each. Mr. Gaddis also reviewed the accompanying labels, disclosures, warranties, and marketing materials, and understood them as representations and warranties by Just Brands and SSGI that the Products contained the quantities of CBD advertised. Mr. Gaddis relied on these representations and warranties in deciding to purchase his CBD Products over comparable products. But these representations were false, and Mr. Gaddis did not receive the quantity of CBD he purchased. Independent lab testing reveals that the true quantity of CBD in the CBD Products is only a small fraction of these representations. Accordingly, Just Brands and SSGI

breached express and implied warranties made to our client and the Class and violated the consumer protection statutes reference above.  *See* U.C.C. §§ 2-313, 2-314.

On behalf of our client and the Class, we hereby demand that Just Brands and SSGI immediately (1) issue a mandatory recall of the CBD Products, and (2) make full restitution to all purchasers of the CBD Products of all purchase money obtained from sales thereof.

We also demand that Just Brands and SSGI preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the design, packaging, labeling, and manufacturing process for the CBD Products;

2. All tests of the CBD Products, whether performed by Just Brands and SSGI or any third-party entities;

3. All documents concerning the pricing, advertising, marketing, and/or sale of the CBD Products;

4. All communications with customers involving complaints or comments concerning the CBD Products;

5. All documents concerning communications with any retailer involved in the marketing or sale of the CBD Products;

6. All documents concerning communications with federal or state regulators concerning the CBD Products; and

7. All documents concerning the total revenue derived from sales of the CBD Products.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter.  If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Sincerely,

Frederick J. Klorczyk III