UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 0:19-cv-62067-RS

JESSE S. GADDIS, et al.

    Plaintiff,

v.

JUST BRANDS USA, INC., et al.

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Colleen Carey Gulliver of the law firm of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, Tel: (212) 335-4737, for purposes of appearance as co-counsel on behalf of Defendants, JUST BRANDS USA, INC., JUST BRANDS FL LLC, and SSGI FINANCIAL SERVICES, INC. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Colleen Carey Gulliver to receive electronic filings in this case, and in support thereof states as follows:

    1.    Colleen Carey Gulliver is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar and New York Second Department.

    2.    Movant, Ardith Bronson, Esquire, of the law firm of DLA Piper LLP (US), 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131-5341, Tel: (305) 423-8562, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served,

who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Colleen Carey Gulliver has made payment of this Court's $75.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Colleen Carey Gulliver, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Colleen Carey Gulliver at email address: colleen.gulliver@us.dlapiper.com.

WHEREFORE, Ardith Bronson, moves this Court to enter an Order for Colleen Carey Gulliver, to appear before this Court on behalf of Defendants, JUST BRANDS USA, INC., JUST BRANDS FL LLC, and SSGI FINANCIAL SERVICES, INC., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Colleen Carey Gulliver.

Date: November 11, 2019                     Respectfully submitted,

*/s/ Ardith Bronson*
Ardith Bronson, Esq.
Florida Bar No. 423025
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Tel:  305.423.8562
Fax: 305.503.9583
ardith.bronson@dlapiper.com

*Attorney for Defendants JUST BRANDS USA, INC., JUST BRANDS FL LLC, and SSGI FINANCIAL SERVICES, INC*