# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

| | |
|---|---|
| JESSE S. GADDIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>JUST BRANDS USA, INC., JUST BRANDS FL, LLC, JUST BRANDS, INC., JUST CBD, LLC, and SSGI FINANCIAL SERVICES, INC.,<br><br>      Defendants. | Civil Case No. 0:19-cv-62067-RS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Jesse Gaddis hereby dismisses, without prejudice, all claims against Defendants.  Each party shall bear its own costs.

Dated:  January 16, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Scott A. Bursor*

Scott A. Bursor (State Bar No. 68362)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
E-Mail: scott@bursor.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (*pro hac vice*)
Frederick J. Klorczyk III (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ndeckant@bursor.com
               fklorczyk@bursor.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to Defendants' counsel of record.

Dated:  January 16, 2020                            Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Scott A. Bursor*

Scott A. Bursor (State Bar No. 68362)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
E-Mail: scott@bursor.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (*pro hac vice*)
Frederick J. Klorczyk III (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ndeckant@bursor.com
                  fklorczyk@bursor.com

*Attorneys for Plaintiff*