**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 19-CV-62067-SMITH

JESSE S. GADDIS,

    Plaintiff,

v.

JUST BRANDS USA, INC., *et al*,

    Defendants.

_____/

## **FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 42). Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** and the above-captioned case is **CLOSED**. Any and all pending motions, hearings, and/or deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of January, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE